# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
June 1, 2010

No. 09-51103
Summary Calendar

Lyle W. Cayce
Clerk

SARAH STANNARD,

Plaintiff - Appellant

v.

NORTH EAST INDEPENDENT SCHOOL DISTRICT, (NEISD); RICARDO R
LOPEZ, Individually and in his capacity as NEISD "District Counsel"; THE
LAW FIRM OF FELDMAN, ROGERS, MORRIS & GROVER, LLP, Individually
and in its capacity as NEISD "District Counsel",

Defendants - Appellees

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:09-CV-98

Before HIGGINBOTHAM, CLEMENT, and SOUTHWICK, Circuit Judges.
PER CURIAM:[*]

After reviewing the briefs and record, we find no reversible error in this
meritless appeal and AFFIRM for essentially the reasons set forth by the district
court.  We DENY all outstanding motions, including motions for sanctions, but
REPRIMAND Sarah Stannard's attorney – Patricia J. Matassarin – for
unwarranted hyperbole contained in her submissions.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.